**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Issaq S. Hassan, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:21-cv-0266 |
| | ) |
| Lyons Logistics, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT AND RELEASE OF LIEN**

Plaintiff, through Counsel, notifies the Court that the judgment entered on January 13, 2022 in the amount of $41,258.00 (Doc. 39) has now been SATISFIED AND PAID IN FULL. Plaintiff therefore files this Satisfaction of Judgment and asks the Clerk of Court to release the lien.

Respectfully Submitted,

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Plaintiff
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email:  zkitts@kglawpllc.com

## CERTIFICATE OF SERVICE

This is to certify that on March 17, 2022 a copy of this Notice of Satisfaction will be filed with the ECF and will be served via email on all counsel who have entered their appearance in this case.

/s/

_____
Zachary A. Kitts
Virginia Bar # 47052
Counsel for Relator
K&G Law Group, PLLC
3554 Chain Bridge Road, Suite 100
Fairfax, Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363
Email:  zkitts@kglawpllc.com